## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**RUSTY B. BRIDGES, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES AND ON BEHALF OF THE
ESTATE OF MARY CLAUDINE BRIDGES, DECEASED**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:05cv786BN**

**ENTERPRISE PRODUCTS COMPANY, INC.
D/B/A ENTERPRISE TRANSPORTATION COMPANY,
RAYMOND TOULMON AND JOHN DOES 1-5**     **DEFENDANTS**

### ORDER

THIS CAUSE is before the Court upon the Plaintiff's Motion to Amend Complaint to Add Party Plaintiffs [#15], filed January 18, 2006, and the Plaintiff's Amended Motion to Amend Complaint to Add Party Plaintiffs [#16], filed January 27, 2006.  The Defendants responded to the motions indicating they did not oppose the relief requested in the *amended* motion, subject to the statements within the motion regarding permissive joinder and subject matter jurisdiction.  The amended motion, which adds only Judy Pennock, daughter of the deceased, as a Plaintiff, shall be granted.  The initial motion, which sought to add two sisters of the movant Plaintiff, shall be denied as moot.

IT IS THEREFORE, ORDERED AND ADJUDGED:

1. That the Plaintiff's Motion to Amend Complaint to Add Party Plaintiffs [#15], filed January 18, 2006, is **denied** as moot.

2. That the Plaintiff's Amended Motion to Amend Complaint to Add Party Plaintiffs [#16], filed January 27, 2006, is **granted**, and the Clerk of the Court is directed to receive and file the amended complaint.

3. Upon the filing of the Amended Complaint, the Clerk of the Court is directed to amend the docket to add JUDY PENNOCK as a Plaintiff in this cause.

SO ORDERED, this the 22nd day of February, 2006.



S/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE