```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION
```

RUSTY B. BRIDGES, INDIVIDUALLY
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES AND ON BEHALF
OF THE ESTATE OF MARY CLAUDINE
BRIDGES, DECEASED                                          PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:05CV786WHB-LRA

ENTERPRISE PRODUCTS COMPANY, INC.
and RAYMOND TOULMON                                        DEFENDANTS

## FINAL JUDGMENT

On March 7, 2007, the jury composed of A. W. Peters, Foreperson and six other jurors returned a verdict as follows:

### SPECIAL INTERROGATORY NO. 1

For whom do you find:

    __ X __    Plaintiffs, Rusty Bridges, Judy Pennock and the Estate of Brenda Creech, deceased

    _____    Defendants Raymond Toulmon and Enterprise Transportation, Inc.

### SPECIAL INTERROGATORY NO. 2

If you find for the Plaintiffs, place in the blanks provided what amount of actual damages you have unanimously agreed the Plaintiffs should recover, if any, for the category of loss involved:

(a) Mary Bridges' funeral and burial expense. $6,585.00

(b) Plaintiffs' loss of society and companionship with Mary Bridges.   $4,000,000.00

(c) Income that Mary Bridges would have reasonably been expected to receive from social security, pension and earnings, if any, from the date of her death to the end of her life expectancy, less her personal living expenses and taxes, all reduced to present net cash value.   $150,000.00

<u>SPECIAL INTERROGATORY NO. 3</u>

If you have found for the plaintiffs, do you find that the negligence of anyone else other than Defendant Toulmon proximately caused injuries to Mary Bridges? Yes ___  No _X_

Mississippi Code Annotated Section 11-1-60(2)(b) states that:

In any civil action filed on or after September 1, 2004, other than those actions described in paragraph (a) of this subsection, in the event the trier of fact finds the defendant liable, they shall not award the plaintiff more than One Million Dollars ($1,000,000.00) for noneconomic damages.

In accordance with the verdict and § 11-1-60(2)(b), the Court hereby orders a remittur of the non-economic damage portion of the verdict from $4,000,000.00 to $1,000,000.00.

In accordance with the verdict and the remittur, the Court hereby enters a final judgment in favor of the Plaintiffs, Rusty Bridges, Judy Pennock and the Estate of Brenda Creech, deceased, being the wrongful death beneficiaries of Mary Claudine Bridges, deceased, against Enterprise Products Company, Inc. and Raymond Toulmon, jointly and severally, in the amount of $1,156,585.00, together with interest from the date hereof at the federal rate on judgments plus their costs.

SO ORDERED, this the 7th day of March, 2007.

<u>s/William H. Barbour, Jr.</u>
United States District Judge