```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

RUSTY BRIDGES, Individually and on
Behalf of all Wrongful Death Beneficiaries
and on Behalf of the Estate of
MARY CLAUDINE BRIDGES                                    PLAINTIFF

VS.                            CIVIL ACTION NO. 3:05-cv-786-WHB-LRA

ENTERPRISE PRODUCTS COMPANY, INC.,
d/b/a ENTERPRISE TRANSPORTATION COMPANY,
RAYMOND TOULMON, and JOHN DOES 1-5                       DEFENDANTS

## AMENDED JUDGMENT

In accordance with the jury verdict entered on March 8, 2007, on the issues of liability, economic damages, and funeral expenses; and the jury verdict entered on January 8, 2008, on the issue of non-economic damages, the Court hereby enters final judgment in favor of Plaintiff Rusty Bridges, Individually, and on behalf of all Wrong Death Beneficiaries of, and the Estate of, Mary Claudine Bridges, Deceased, against Enterprise Products Company, Inc., and Raymond Toulon, jointly and severally, in the amount of $531,585.00, together with interest from the date hereof at the current federal rate of interest on judgments plus costs. As Plaintiff Rusty Bridges filed this lawsuit in his individual and representative capacities, he is required to distribute the judgment in accordance with Mississippi law and the jury verdicts entered in this case. Long v. McKinney, 897 So.2d 160 (Miss. 2004).

SO ORDERED this the 10th day of January, 2008.

                              s/William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE